

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00276-CV

**DISCOUNT TIRE COMPANY OF TEXAS, INC.,**
Appellant

v.

Federico Vargas **CABANAS**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-10-0920-CVA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

    The Appellant's Unopposed Motion to Extend Time to File Brief is GRANTED. The appellant's reply brief is due on February 28, 2018.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court